**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENN ARTHUR SMITH, JR., <br><br>　　　　　　Petitioner, <br>　　v. <br><br>C. LEPE, Warden, <br><br>　　　　　　Respondent. | Case No. 5:24-cv-02160-MEMF (SP) <br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

　　　　The Report recommends the denial of the Petition and the dismissal of this action without prejudice because Petitioner failed to exhaust administrative remedies in challenging his prison disciplinary ruling. (ECF No. 14.) Petitioner's Motion Not to Dismiss (ECF No. 16 ), which is construed as objections to the Report, does not merit any change to the Report's findings or recommendations.

　　　　Petitioner objects that he did exhaust administrative remedies by filing a Form BP-11 to the Central Office General Counsel ("Central Office"). (ECF No. 16 at 1.) On the contrary, as the Report found, "although petitioner submitted

administrative grievances to the Central Office, none was ever correctly filed even after petitioner was given instructions on how to correct the defects in his requests." (ECF No. 14 at 6.) Thus, Petitioner did not properly exhaust his administrative remedies with the Central Office.

Petitioner objects that he "had no other available action but this court to resolve" his claims. (ECF No. 16 at 1.) Specifically, the Central Office allegedly "did not return any of [his] original documentation per BOP policy and [he] had no other avenue to resolve this incident report but with the courts," and the Central Office allegedly "[chose] not to return [his] original documentation denying [his] right to resubmit[.]" (*Id.*) This objection does not excuse Petitioner's failure to exhaust administrative remedies. As the Report found, Petitioner submitted seven procedurally defective administrative appeals to the Central Office (ECF No. 14 at 3 and n.3), which is inconsistent with Petitioner's allegation that he lacked the documentation needed to complete the administrative process. Moreover, none of the reasons why Petitioner's administrative appeals were rejected, such as his provision of an incorrect incident report number (*id.*), suggests that he required the return of the original documentation to complete the administrative process.

## ORDER

It is ordered that (1) the Report and Recommendation of the Magistrate Judge is approved and accepted; (2) Respondent's Motion to Dismiss (ECF No. 12) is granted: (3) Petitioner's Motion Not to Dismiss is denied (ECF No. 16); and (4) Judgment will be entered denying the Petition and dismissing this action without prejudice.

DATED: September 29, 2025

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE